RICHARD A. BESHWATE, JR, SBN 179783
Attorney at Law
2020 Tulare Street   Suite A
Fresno, CA 93721
(559) 266-5000

Attorney for Defendant,

Sarah Ybarra

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:15-cr-00104 AWI-SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO AMEND SENTENCE |
| vs. | ) ) | |
| SARAH YBARRA, | ) ) | |
| Defendant. | ) ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant, SARAH YBARRA, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the sentence imposed on SARAH YBARRA on November 23, 2015, wherein she was sentenced to 12 months, be amended to a sentence of one year and a day.

Dated: December 23, 2015        Respectfully submitted,
                                      /s/ Richard A. Beshwate, Jr.
                                      RICHARD A. BESHWATE, JR.
                                      Attorney for Defendant, SARAH YBARRA

Dated: December 23, 2015         Respectfully submitted,
                                 /s/ Melanie Alsworth
                                 Assistant U.S. Attorney

///

///

///

## **ORDER**

**IT IS HEREBY ORDERED** that the sentence imposed upon defendant, Sarah Ybarra, be amended to a sentence of one year and a day.

IT IS SO ORDERED.

Dated:   December 28, 2015        _____
                                  SENIOR DISTRICT JUDGE